People v Wooden (2021 NY Slip Op 50902(U))

[*1]

People v Wooden (William)

2021 NY Slip Op 50902(U) [73 Misc 3d 128(A)]

Decided on September 28, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 28, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead P.J., Brigantti, Hagler, JJ.

570787/16

The People of the State of New York,
Respondent,
against
William Wooden, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (Steven J. Hornstein, J.), rendered January 29, 2016, convicting him, upon his plea of
guilty, of criminal facilitation in the fourth degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Steven J. Hornstein, J.), rendered January 29, 2016, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v
California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have
reviewed this record and agree with defendant's assigned counsel that there are no nonfriviolous
issues that could be raised on this appeal.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 28, 2021